UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| DOUGLAS W. WEITZMAN, Derivatively on Behalf of J.C. PENNEY COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MYRON E. ULLMAN III, KENNETH H. HANNAH, THOMAS ENGIBOUS, COLLEEN BARRETT, KENT FOSTER, GERALDINE LAYBOURNE, LEONARD ROBERTS, JAVIER TERUEL, R. GERALD TURNER, RONALD W. TYSOE, and MARY BETH WEST, <br><br> Defendants, <br><br> and <br><br> J.C. PENNEY COMPANY, INC., <br><br> Nominal Defendant. | Civil Action No. 4:13-cv-00585-RAS-DDB <br><br> SHAREHOLDER DERIVATIVE ACTION |

[*Caption continued on next page*]

| | |
|---|---|
| PHILIP ZAUDERER, Derivatively on Behalf of J.C. PENNEY COMPANY, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> MYRON E. ULLMAN III, KENNETH H. HANNAH, THOMAS ENGIBOUS, COLLEEN BARRETT, KENT FOSTER, GERALDINE LAYBOURNE, LEONARD ROBERTS, JAVIER TERUEL, R. GERALD TURNER, RONALD W. TYSOE, and MARY BETH WEST, <br><br>    Defendants, <br><br> and <br><br> J.C. PENNEY COMPANY, INC., <br><br>    Nominal Defendant. | Civil Action No. 4:13-cv-00587-RAS-DDB <br><br> SHAREHOLDER DERIVATIVE ACTION |

### ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES AND APPOINT CO-LEAD COUNSEL

After considering Plaintiffs Douglas W. Weitzman and Philip Zauderer's motion to consolidate and the arguments presented at the October 2, 2013 hearing, it (Dk. 17) is GRANTED. The Courth ereby CONSOLIDATES Civil Action No. 4:13-cv-00585-RAS-DDB, styled Douglas W. Weitzman, Derivatively, on Behalf of J.C. Penney Company, Inc. v. Myron E. Ullman III, et al. with Civil Action No. 4:13-cv-00587-RAS-DDB, styled Philip Zauderer, Derivatively on Behalf of J.C. Penney Company, Inc. v. Myron E. Ullman III, et al., and the Clerk of the Court is directed to docket all future filings in the above listed mauters under Case No. 4:13-cv-00585-RAS-DDB.

Furthermore, Johnson & Weaver and The Briscoe Firm are hereby appointed as co-lead counsel over the consolidated action.

            SO ORDERED.

    SIGNED this 28th day of October, 2013.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE